| | |
|---|---|
| JEROME MAURER,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, OFFICER "A", OFFICER "B" OFFICER "C", CAPTAIN "D" AND DOES 5 to 50, inclusive,<br><br>Defendants. | CASE NO. CV17-04419 R (KSx)<br>*Hon. Manuel L. Real, Ctrm. 880, 8th Fl., Roybal*<br>*Mag. Karen L. Stevenson, Ctrm. 580, 5th Roybal*<br><br>**JUDGMENT IN FAVOR OF DEFENDANTS CITY OF LOS ANGELES AND THE LOS ANGELES POLICE DEPARTMENT'S** |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

The motion for judgment on the pleadings pursuant to *Federal Rule of Civil Procedure* 12(c) to dismiss Plaintiff's Complaint filed by Defendants City of Los Angeles and the Los Angeles Police Department ("Defendants") was taken under submission by the Honorable Manuel L. Real.

After considering all the issues and arguments presented, the Court grants Defendants' motion.

1

Therefore, it is ordered and adjudged that Plaintiff's entire Complaint be dismissed with prejudice and judgment be entered in favor of Defendants City of Los Angeles and the Los Angeles Police Department.

Defendants may recover their costs as allowed by FRCP 54(d) and L.R. 54.

All future dates in this action are hereby vacated.

**IT IS ORDERED**

**DATED: May 11, 2018**   _____
**Honorable Manuel L. Real**
**United States District Judge**